# Court of Appeals, State of Michigan

## ORDER

Estate of Marguerite Schubert v Department of Treasury

Docket No.    337121

LC No.    15-000240-TT

William B. Murphy
Presiding Judge

Michael J. Kelly

Brock A. Swartzle
Judges

The Court orders that the December 20, 2017 opinion is hereby AMENDED. The opinion contained the following clerical errors: "And on this record, we conclude that the Tribunal's finding that Schubert was using her Ludington property as her principal residence, not her Midland apartment, was supported by competent, material, and substantial evidence on the whole record." That sentence is AMENDED to read: "And on this record, we conclude that the Tribunal's finding that Schubert was using her Midland Apartment as her principal residence, not her Ludington property, was supported by competent, material, and substantial evidence on the whole record." Further, the word "principle" shall be changed to "principal" on page 6, footnote 8, line 4, and on page 7, lines 2 and 3.

In all other respects, the December 20, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr.. Chief Clerk. on

JAN 0 3 2018
Date

Chief Clerk